THE STATE EX REL. BAISDEN, APPELLANT, *v.* GRIMES
AEROSPACE CORPORATION ET AL., APPELLEES.

[Cite as *State ex rel. Baisden v. Grimes Aerospace
Corp.* (1998), 84 Ohio St.3d 218.]

(No. 96–2217—Submitted October 27, 1998—Decided December 30, 1998.)

*Michael J. Muldoon,* for appellant.

*Porter, Wright, Morris & Arthur* and *Brian D. Hall,* for appellee Grimes Aerospace Company.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.